UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIKA M. COBB,

      Plaintiff,

v.                                       Case No. 3:23-cv-781-MMH-LLL

KELLY R. COBB, JR. and
CHARLOTTE A. COBB,

      Defendants.
_____/

**O R D E R**

**THIS CAUSE** is before the Court sua sponte. Plaintiff initiated this action on July 5, 2023, with the filing of a Complaint for a Civil Case (Doc. 1; Complaint). On November 14, 2023, the Court struck the Complaint as an impermissible shotgun pleading and directed Plaintiff to file an amended complaint consistent with the directives of the Order. See generally Order (Doc. 10), entered November 14, 2023. Plaintiff filed an Amended Complaint for a Civil Case (Doc. 11; Amended Complaint) on December 4, 2023. Separately, on December 5, 2023, Plaintiff filed a "Supplemental claims attachment and motion to appoint an attorney in this case" (Doc. 12; Supplement). On December 18, 2023, Plaintiff filed a "Complaint supplement addition" (Doc. 13; Second Supplement). Upon review of these filings, on December 20, 2023, the Court struck the Amended Complaint, Supplement, and Second Supplement

and directed Plaintiff to file a second amended complaint no later than January 22, 2024. See Order (Doc. 14). In response, on December 25, 2023, Plaintiff filed a notice advising the Court that she would not be refiling or amending any of her documents and requesting that the Court close her case. See Notice (Doc. 15). Upon review of the docket, the Court notes that Defendants have neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED**:

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 5th day of February, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties

- 2 -